IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARY M. KLEBER, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV285 |
| | ) | |
| v. | ) | |
| | ) | |
| MERCK & CO., INC., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the unopposed motion to stay all proceedings pending transfer decision by the Judicial Panel on Multidistrict Litigation (Filing No. 7). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion to stay is granted. This action is stayed pending transfer by the Panel on Multidistrict Litigation.

DATED this 4th day of August, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court